**GOLDFARB v BRUNER et**

Ohio Appeals, 1st Dist, Hamilton Co

No 4280. Decided May 15, 1933

**NEBGEN v STATE**
**NEBGEN, In Re, Ex Parte**

Ohio Appeals, 6th Dist, Lucas Co

Nos 2872 & 2873.  Decided Nov 6, 1933

Robert N. Gorman, Cincinnati, and Nichools, Morrill, Wood, Marx & Ginter, Cincinnati, for plaintiff in error.

Charles H. Elston, Cincinnati, for defendant in error.

For full opinion see 39 OLR 334; 188 NE 362; 46 Oh Ap 213.